1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11  UNITED STATES OF AMERICA,            )      3:06-cr-00073-HDM
                                         )      3:16-cv-00073-HDM
12                    Plaintiff,          )
                                         )
13  vs.                                  )      ORDER
                                         )
14  WILLIAM EDWARD ARMSTRONG,            )
                                         )
15                    Defendant.          )
    _____ )
16
17          On June 3, 2016, the court stayed proceedings on the
18  defendant's 28 U.S.C. § 2255 motion pending the Ninth Circuit's
19  decisions in *Jacob v. United States*, No. 15-73302 and *Gardner v.*
    *United States*, No. 15-72559.  On August 1, 2016, the Ninth Circuit
20  entered orders in both *Jacob* and *Gardner* authorizing the filing of
21  second or successive petitions and closing the original actions in
22  that court.  Accordingly, the stay of these proceedings is hereby
23  **LIFTED**.
24          IT IS SO ORDERED.
25          DATED: This 3rd day of August, 2016.
26
27
28                              _____
                                UNITED STATES DISTRICT JUDGE